| | |
|---|---|
| STUART NAIFEH (SBN 233295)<br>snaifeh@demos.org<br>DEMOS<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>Telephone: 212.485.6055<br>Facsimile: 212.633.2015 | CHAD W. DUNN<br>chad@brazilanddunn.com<br>Director, UCLA Voting Rights Project<br>Brazil & Dunn LLP<br>3303 Northland Drive, Suite 205<br>Austin, TX 78731<br>Telephone: 512.717.9822<br>Facsimile: 512.515.9355 |
| *Attorneys for Intervenor-Defendants League of Women Voters of California, California Common Cause, UnidosUS, and Mi Familia Vota Education Fund* | *Attorneys for Intervenor-Defendants Sophie Kosmacher, Anadela Navarrete Gomez, and Kelly Lippman* |

*[Additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE HOGE, an individual; ALI MAZAREI, an individual; CORRIN RANKIN, an individual,<br><br>              Plaintiffs,<br><br>       v.<br><br>ALEX PADILLA, in his official capacity as the California Secretary of State; STEVE GORDON, in his official capacity as Director of California Department of Motor Vehicles,<br><br>              Defendants,<br><br>LEAGUE OF WOMEN VOTERS OF CALIFORNIA; CALIFORNIA COMMON CAUSE; UNIDOSUS; MI FAMILIA VOTA EDUCATION FUND; SOPHIE KOSMACHER, an individual; ANADELA NAVARRETE GOMEZ, an individual; and KELLY LIPPMAN, an individual,<br><br>              Intervenor-Defendants. | Case No.    2:19-cv-01985-MCE-AC<br><br>**PROPOSED INTERVENOR-DEFENDANTS' NOTICE OF MOTION AND MOTION TO INTERVENE AS DEFENDANTS**<br><br>Hearing Date: February 6, 2020<br>Time: 2:00 p.m.<br>Dept.: Courtroom 7, 14th floor<br>Judge: Hon. Morrison C. England, Jr. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 6, 2020, at 2:00 p.m. at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, before the Honorable Morrison C. England, Jr. in Courtroom 7, 14th floor, proposed Intervenor-Defendants League of Women Voters of California, California Common Cause, UnidosUS, Mi Familia Vota Education Fund, Sophie Kosmacher, Anadela Navarrete Gomez, and Kelly Lippman will move and do hereby move the Court for an order granting intervention in this action and ordering the attached Intervenor-Defendants' [Proposed] Motion to Dismiss for Failure to State a Claim filed on the docket.

Proposed intervenors, pursuant to Federal Rule of Procedure 24, seek intervention as of right or, in the alternative, permissive intervention so that they may assert and defend their interests in, *inter alia*, protecting an active Settlement Agreement resulting from prior litigation, defending the privacy rights of their constituents, and vindicating their fundamental right to vote.

This motion is supported by this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; Declarations of Anadela Navarrete Gomez, Helen Hutchison, Sophie Kosmacher, Kelly Lippman, Clarissa Martinez de Castro, and Samuel Molina; and such oral argument as may be presented by counsel.

Dated:  December 16, 2019

Respectfully Submitted,

/s/ Sonja Diaz (as authorized on 12/16/19)
CHAD W. DUNN
chad@brazilanddunn.com
Director, UCLA Voting Rights Project
BRAZIL & DUNN LLP
3303 Northland Drive, Suite 205
Austin, TX 78731
Telephone: 512.717.9822
Facsimile: 512.515.9355

/s/ Stuart Naifeh
STUART C. NAIFEH (SBN 233295)
snaifeh@demos.org
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: 212.485.6055
Facsimile: 212.633.2015

SONJA DIAZ (SBN 298138)
sonjadiaz@luskin.ucla.edu
Founding Director,
Latino Policy & Politics Initiative
UCLA Luskin School of Public Affairs
3250 Public Affairs Building
Los Angeles, CA 90095-1656
Telephone: 310.794.9498

*Attorneys for Intervenor-Defendants Sophie Kosmacher, Anadela Navarrete Gomez, and Kelly Lippman*

SARAH BRANNON* **
sbrannon@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: 202.675.2337

DAVIN ROSBOROUGH*
drosborough@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY
Telephone: 212.549.2613

RAUL L. MACIAS (SBN 293208)
rmacias@acluca.org
VASUDHA TALLA (SBN 316219)
vtalla@aclunc.org
SHILPI AGARWAL (SBN 270749)
sagarwal@aclunc.org
ACLU FOUNDATION
  OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.621.2493

CHIRAAG BAINS*
cbains@demos.org
ADAM LIOZ*
alioz@demos.org
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone: 202.864.2746

*Attorneys for Intervenor-Defendants League of Women Voters of California, California Common Cause, Unidos US, and Mi Familia Vota Education Fund*

\**pro hac vice* motion forthcoming
\*\* not admitted in DC; DC practice limited to federal court only

**CERTIFICATE OF SERVICE**
**[FED. R. CIV. P. 5(b)]**

I hereby certify that on December 16, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**INTERVENOR-DEFENDANTS' NOTICE OF MOTION AND MOTION TO INTERVENE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE**

**INTERVENOR-DEFENDANTS' [PROPOSED] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

**INTERVENOR-DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF [PROPOSED] MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct and that this declaration was executed on December 16, 2019, at Amherst, Massachusetts.

Dated: December 16, 2019                    /s/ Stuart C. Naifeh
                                            Stuart C. Naifeh