STUART NAIFEH (SBN 233295)
snaifeh@demos.org
ADAM LIOZ
alioz@demos.org
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: 212.485.6055
Facsimile: 212.633.2015

Attorneys for Intervenor-Defendants
League of Women Voters of California,
California Common Cause, Mi Familia
Vota Education Fund, UnidosUS
*[Additional counsel on next page]*

CHAD W. DUNN
chad@brazilanddunn.com
Director
UCLA Voting Rights Project
Brazil & Dunn LLP
3303 Northland Drive, Suite 205
Austin, Texas 78731
Telephone: 512.717.9822
Facsimile: 512.515.9355

Attorneys for Intervenor-Defendants
Michael Cohen, Sophie Kosmacher,
Anadela Navarrete Gomez, And Kelly
Lippman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROXANNE HOGE, an individual; ALI MAZAREI, an individual; CORRIN RANKIN, an individual,

Plaintiffs,

v.

ALEX PADILLA, in his official capacity as the California Secretary of State; STEVE GORDON, in his official capacity as Director of California Department of Motor Vehicles,

Defendants,

LEAGUE OF WOMEN VOTERS OF CALIFORNIA; CALIFORNIA COMMON CAUSE; MI FAMILIA VOTA, MICHAEL COHEN, SOPHIE KOSMACHER, ANADELA NAVARRETE GOMEZ, and KELLY LIPPMAN,

Intervenor-Defendants.

Case No.     2:19-cv-01985-MCE-AC

.

**DECLARATION OF ANADELA NAVARRETE GOMEZ IN SUPPORT OF MOTION TO INTERVENE**

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SARAH BRANNON*
sbrannon@aclu.org
DAVIN ROSBOROUGH*
drosborough@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: 202.675.2337

RAUL L. MACIAS (SBN 293208)
rmacias@acluca.org
VASUDHA TALLA (SBN 316219)
vtalla@aclunc.org
SHILPI AGARWAL (SBN 270749)
sagarwal@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

*pro hac vice motion forthcoming

CASE NO:  2: 19-cv-01985-MCE-AC

DECLARATION OF ANADELA
NAVARRETE GOMEZ IN SUPPORT OF
MOTION TO INTERVENE

1    **DECLARATION OF Anadela Navarrete Gomez**

2    I, Anadela Navarrete Gomez, hereby declare as follows:

3         1.      I am over the age of 18, make this declaration from my personal knowledge and, if

4    called upon to do so, could and would competently testify to the matters set forth herein in a court

5    of law.

6         2.      I am a proposed intervenor-defendant in the case *Hoge v. Padilla*, No. 2:19-cv-

7    01985.

8

9         3.      I am twenty-two years old and reside in California.

10        4.      I am currently an undergraduate at the University of California, Los Angeles.

11        5.      I was born in Oaxaca, Mexico and moved to San Diego, California during the first

12   grade.

13        6.      I became a naturalized citizen of the United States on June 20, 2018.

14        7.      My naturalization documents are in my family's possession in San Diego County,

15   California.

16

17        8.      On October 19, 2017, before becoming a naturalized citizen, I applied for and

18   received a California identification card at the California Department of Motor Vehicles.

19   9.      Although I am eligible to vote, I am not registered to vote.

20   10.     I do not have a California driver's license.

21   11.     I have not interacted with the California DMV since receiving my California

22   identification card in 2017.

23   12.     I plan to either receive my California driver's license or update my California

24   identification card in the near future.

25   13.     I plan to register to vote through my interaction with the California DMV and would like

26   to vote in the 2020 general election in November of 2020.

27

28

CASE NO:  2: 19-cv-01985-MCE-AC                    DECLARATION OF ANADELA
                                                   NAVARRETE GOMEZ IN SUPPORT OF
                                                   MOTION TO INTERVENE

1

2    I declare under penalty of perjury that the foregoing is true and correct.
     Executed on December __12__ 2019

3

4    Anadela Navarrete Gomez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO:  2: 19-cv-01985-MCE-AC          DECLARATION OF ANADELA
                                         NAVARRETE GOMEZ IN SUPPORT OF
                                         MOTION TO INTERVENE