STUART NAIFEH (SBN 233295)
snaifeh@demos.org
ADAM LIOZ
alioz@demos.org
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: 212.485.6055
Facsimile: 212.633.2015

Attorneys for Intervenor-Defendants
League of Women Voters of California,
California Common Cause, Mi Familia
Vota Education Fund, UnidosUS
*[Additional counsel on next page]*

CHAD W. DUNN
chad@brazilanddunn.com
Director
UCLA Voting Rights Project
Brazil & Dunn LLP
3303 Northland Drive, Suite 205
Austin, Texas 78731
Telephone: 512.717.9822
Facsimile: 512.515.9355

Attorneys for Intervenor-Defendants
Michael Cohen, Sophie Kosmacher,
Anadela Navarrete Gomez, And Kelly
Lippman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE HOGE, an individual; ALI MAZAREI, an individual; CORRIN RANKIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, in his official capacity as the California Secretary of State; STEVE GORDON, in his official capacity as Director of California Department of Motor Vehicles,<br><br>Defendants,<br><br>LEAGUE OF WOMEN VOTERS OF CALIFORNIA; CALIFORNIA COMMON CAUSE; MI FAMILIA VOTA, MICHAEL COHEN, SOPHIE KOSMACHER, ANADELA NAVARRETE GOMEZ, and KELLY LIPPMAN,<br><br>Intervenor-Defendants. | Case No.   2:19-cv-01985-MCE-AC<br><br>**DECLARATION OF SOPHIE KOSMACHER IN SUPPORT OF MOTION TO INTERVENE** |

SARAH BRANNON*
sbrannon@aclu.org
DAVIN ROSBOROUGH*
drosborough@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: 202.675.2337

RAUL L. MACIAS (SBN 293208)
rmacias@acluca.org
VASUDHA TALLA (SBN 316219)
vtalla@aclunc.org
SHILPI AGARWAL (SBN 270749)
sagarwal@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

*pro hac vice motion forthcoming

**DECLARATION OF Sophie Kosmacher**

I, Sophie Kosmacher, hereby declare as follows:

1. I am over the age of 18, make this declaration from my personal knowledge and, if called upon to do so, could and would competently testify to the matters set forth herein in a court of law.

2. I am a proposed intervenor-defendant in the case *Hoge v. Padilla*, No. 2:19-cv-01985.

3. I am twenty-four years old and have resided in California since August 2019 to attend the University of California, Los Angeles School of Law.

4. Before living in California, I lived in New York City and was registered to vote in New York before moving to California.

5. I am currently a registered voter in the state of California.

6. I was automatically registered to vote through the California Department of Motor Vehicle's website while applying to get a California Driver's license to establish my residency.

7. On August 23, 2019, I applied for a California Driver's license through the DMV's Electronic Driver's License and Identification Card Application administered through the ID.Me program.

8. On September 4, 2019, I received email notification that the Los Angeles County Clerk received my voter registration application.

9. On September 30, 2019, I received mail confirmation that I was registered to vote in California.

10. I plan to stay in California for at least the next two years and the foreseeable future.

11. I plan to vote for the first time in California in the March 3, 2020 California primary election.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December  10    2019

*Sophie Kosmacher*
Sophie Kosmacher