STUART NAIFEH (SBN 233295)
snaifeh@demos.org
ADAM LIOZ
alioz@demos.org
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: 212.485.6055
Facsimile: 212.633.2015

Attorneys for Intervenor-Defendants
League of Women Voters of California,
California Common Cause, Mi Familia
Vota Education Fund, UnidosUS
*[Additional counsel on next page]*

CHAD W. DUNN
chad@brazilanddunn.com
Director
UCLA Voting Rights Project
Brazil & Dunn LLP
3303 Northland Drive, Suite 205
Austin, Texas 78731
Telephone: 512.717.9822
Facsimile: 512.515.9355

Attorneys for Intervenor-Defendants
Michael Cohen, Sophie Kosmacher,
Anadela Navarrete Gomez, And Kelly
Lippman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE HOGE, an individual; ALI MAZAREI, an individual; CORRIN RANKIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, in his official capacity as the California Secretary of State; STEVE GORDON, in his official capacity as Director of California Department of Motor Vehicles, <br><br> Defendants, <br><br> LEAGUE OF WOMEN VOTERS OF CALIFORNIA; CALIFORNIA COMMON CAUSE; MI FAMILIA VOTA, MICHAEL COHEN, SOPHIE KOSMACHER, ANADELA NAVARRETE GOMEZ, and KELLY LIPPMAN, <br><br> Intervenor-Defendants. | Case No.    2:19-cv-01985-MCE-AC <br><br> **DECLARATION OF KELLY LIPPMAN IN SUPPORT OF MOTION TO INTERVENE** |

1    SARAH BRANNON*
     sbrannon@aclu.org
2    DAVIN ROSBOROUGH*
     drosborough@aclu.org
3    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
4    915 15th Street, NW
     Washington, DC 20005
5    Telephone: 202.675.2337

6
     RAUL L. MACIAS (SBN 293208)
7    rmacias@acluca.org
     VASUDHA TALLA (SBN 316219)
8    vtalla@aclunc.org
     SHILPI AGARWAL (SBN 270749)
9    sagarwal@aclunc.org
10   ACLU FOUNDATION OF NORTHERN CALIFORNIA, INC.
     39 Drumm Street
11   San Francisco, CA 94111
     Telephone: 415.621.2493
12   Facsimile: 415.255.8437

13
     *pro hac vice motion forthcoming
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO: 2: 19-cv-01985-MCE-AC                    NOTICE OF MOTION/MOTION TO DISMISS
                                                 BY INTERVENOR-DEFENDANTS

# DECLARATION OF Kelly Lippman

I, Kelly Lippman, hereby declare as follows:

1.     I am over the age of 18, make this declaration from my personal knowledge and, if called upon to do so, could and would competently testify to the matters set forth herein in a court of law.

2.     I am a proposed intervenor-defendant in the case *Hoge v. Padilla*, No. 2:19-cv-01985.

3.     I am thirty-years old, a resident of California, and a United States citizen.

4.     I am a teacher at the Girls Academic Leadership Academy, an all-girls high school within the Los Angeles United School District.

5.     I have been teaching in the United States for the past five years and plan to stay in California for the foreseeable future.

6.     I teach eleventh grade Advanced Placement United States History and tenth grade World History.

7.     Many of my students are sixteen and seventeen years old and plan to obtain their California driver's license and be registered to vote.

8.     I have used my position as a teacher to encourage my students, regardless of ideology, to be civically active.

9.     I routinely talk to my students about registering to vote and voting.

10.    I do not register my students to vote, but I encourage them to use the New Motor Voter law when they obtain their California driver's license.

11.    My students have been effective at registering to vote, when otherwise many would not, by utilizing the DMV procedure.

12.    I fear that elimination of the New Motor Voter law or material changes to the voter registration program will inhibit my students from registering to vote.

1  I declare under penalty of perjury that the foregoing is true and correct.
   Executed on December __10__ 2019

2  

3  Kelly Lippman

4  

5  

6  

7  

8  

9  

10  

11  

12  

13  

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

CASE NO: 2: 19-cv-01985-MCE-AC                    NOTICE OF MOTION/MOTION TO DISMISS
                                                  BY INTERVENOR-DEFENDANTS