| | |
|---|---|
| STUART NAIFEH (SBN 233295)<br>snaifeh@demos.org<br>DEMOS<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>Telephone: 212.485.6055<br>Facsimile: 212.633.2015 | CHAD W. DUNN<br>chad@brazilanddunn.com<br>Director, UCLA Voting Rights Project<br>Brazil & Dunn LLP<br>3303 Northland Drive, Suite 205<br>Austin, TX 78731<br>Telephone: 512.717.9822<br>Facsimile: 512.515.9355 |
| *Attorneys for Intervenor-Defendants League of Women Voters of California, California Common Cause, UnidosUS, and Mi Familia Vota Education Fund* | *Attorneys for Intervenor-Defendants Sophie Kosmacher, Anadela Navarrete Gomez, and Kelly Lippman* |

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE HOGE, an individual; ALI MAZAREI, an individual; CORRIN RANKIN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEX PADILLA, in his official capacity as the California Secretary of State; STEVE GORDON, in his official capacity as Director of California Department of Motor Vehicles,<br><br>　　　　　　Defendants,<br><br>LEAGUE OF WOMEN VOTERS OF CALIFORNIA; CALIFORNIA COMMON CAUSE; UNIDOSUS; MI FAMILIA VOTA EDUCATION FUND; SOPHIE KOSMACHER, an individual; ANADELA NAVARRETE GOMEZ, an individual; and KELLY LIPPMAN, an individual,<br><br>　　　　　　Intervenor-Defendants. | Case No.　　2:19-cv-01985-MCE-AC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**<br><br>Hearing Date: February 6, 2020<br>Time: 2:00 p.m.<br>Dept.: Courtroom 7, 14th floor<br>Judge: Hon. Morrison C. England, Jr. |

## ORDER

Before the Court is the League of Women Voters of California's, California Common Cause's, Mi Familia Vota Education Fund's, UnidosUS's, Sophie Kosmacher's, Anadela Navarrette Gomez's, and Kelly Lippman's Motion to Intervene as Defendants. The Court, having considered the Motion, is of the opinion that it should be **GRANTED**. Accordingly, it is hereby **ORDERED** that the League of Women Voters of California, California Common Cause, Mi Familia Vota Education Fund, UnidosUS, Sophie Kosmacher, Anadela Navarrette Gomez, and Kelly Lippman are permitted to intervene in Civil Action No. 2:19-cv-01985-MCE-AC.

The Intervenor Defendants' Motion to Dismiss for Failure to State a Claim shall be deemed filed as of the date of this order.

SO ORDERED.

On this _____ day of _____, 2020

_____
Hon. Morrison C. England