HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROXANNE HOGE,** an individual; **ALI MAZAREI**, an individual; **CORRIN RANKIN**, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEX PADILLA,** in his official capacity as the California Secretary of State; **STEVE GORDON**, in his official capacity as Director of California Department of Motor Vehicles, <br><br> Defendants. | Case Number: 2:19-cv-01985-MCE-AC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |



Notice of Voluntary Dismissal	2:19-cv-01985-MCE-AC

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs Roxanne Hoge, Ali Mazarei, and Corrin Rankin ("Plaintiffs") voluntarily dismiss the above-captioned action in its entirety, without prejudice, as to all defendants, and without further notice. As grounds therefor, Plaintiffs state that no defendant has filed an answer or a motion for summary judgment, and voluntary dismissal without prejudice is permissible pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Date: January 23, 2020        DHILLON LAW GROUP INC.

By: /s/ Harmeet K. Dhillon
HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Attorneys for Plaintiff

